1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT
10         CENTRAL DISTRICT OF CALIFORNIA
11
12   JOSE LUIS ABELAR,                    )   Case No. CV 13-4401 CJC (MRW)
13                          Petitioner,   )
14              vs.                       )   ORDER ACCEPTING FINDINGS AND
                                          )   RECOMMENDATIONS OF
15   F. FOULK, Warden,                    )   UNITED STATES MAGISTRATE
                                          )   JUDGE
16                          Respondent.   )
     _____     )
17
18        Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on

19   file, and the Report and Recommendation of the United States Magistrate Judge.

20   Further, the Court has engaged in a de novo review of those portions of the Report

21   to which Petitioner has objected.  The Court accepts the findings and

22   recommendation of the Magistrate Judge.

23        IT IS ORDERED that Judgment be entered denying the petition and

24   dismissing this action with prejudice.

25
26
27   DATE:  April 14, 2014          _____
                                    HON. CORMAC J. CARNEY
28                                  UNITED STATES DISTRICT JUDGE