JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE LUIS ABELAR, | ) | Case No. CV 13-4401 CJC (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| F. FOULK, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: April 14, 2014           _____
                               HON. CORMAC J. CARNEY
                               UNITED STATES DISTRICT JUDGE